UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, 200 Constitution Avenue, N.W. Washington, D.C. 20210, <br><br>                   Plaintiff, <br><br>    v. <br><br>AMERICAN POSTAL WORKERS UNION LOCAL 1, 4217 S. Halsted St. Chicago, IL 60609 <br><br>                   Defendant. | No. 21 C 4505 <br><br>Judge Alonso |

**JOINT MOTION TO ENTER AMENDED
STIPULATION OF SETTLEMENT AND ORDER**

Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor, and and Defendant, American Postal Workers Union, Local 1, jointly move to enter the attached amended stipulation of settlement and order.

FOR THE PLAINTIFF:

JOHN R. LAUSCH, Jr.
UNITED STATES ATTORNEY

By: s/ Craig A. Oswald
    CRAIG A. OSWALD
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9080
    craig.oswald@usdoj.gov

FOR THE DEFENDANT:

JOSHUA FILE
Partner
Katz, Friedman, Eisenstein, Johnson, Bareck & Bertuca
77 West Washington St., 20th Floor
Chicago, IL 60602
(312) 263-6330
jfile@katzfriedman.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, <br> United States Department of Labor, <br> 200 Constitution Avenue, N.W. <br> Washington, D.C. 20210, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN POSTAL WORKERS UNION LOCAL 1, <br> 4217 S. Halsted St. <br> Chicago, IL 60609 <br><br> Defendant. | No. 21 C 4505 <br><br> Judge Alonso |

**AMENDED STIPULATION OF SETTLEMENT AND ORDER**

Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor (Secretary or Plaintiff), having filed his complaint and Defendant, American Postal Workers Union, Local 1 (Defendant or Union), having appeared by counsel and having answered, and in order to resolve this action without the necessity of further litigation, the Parties stipulate and agree as follows:

1. Plaintiff brought this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 US.C. §§ 481-483 (Act), requesting a judgment declaring that the Union's December 16, 2020, elections for the offices of President, Secretary-Treasurer, Director of Industrial Relations/ Research and Education, Director of Organization, Director of Human Relations, Clerk Craft Director, Assistant Clerk Craft Director A, Assistant Clerk Craft Director B, Trustee Clerk Craft Division, Director MVS Craft Division, Assistant Director Maintenance MVS Division, and Assistant Director Maintenance Craft Division is void, and

directing Defendant to conduct a new election for these offices under Plaintiff's supervision, and for appropriate relief.

2. Plaintiff alleged that violations of Title IV of the Act, 29 U.S.C. §§ 481-483, had occurred and had not been remedied at the time of the institution of this action. The Union denied the violations alleged.

3. On June 13, 2022, Plaintiff and the Union stipulated and agreed to entry of an order directing Defendant to conduct, under the Secretary's supervision, a new election (supervised election) for the offices of President, Secretary-Treasurer, Director of Industrial Relations/ Research and Education, Director of Organization, Director of Human Relations, Clerk Craft Director, Assistant Clerk Craft Director A, Assistant Clerk Craft Director B, Trustee Clerk Craft Division, Director MVS Craft Division, Assistant Director Maintenance MVS Division, and Assistant Director Maintenance Craft Division on or before October 31, 2022.

4. On June 17, 2022, the Court entered the Stipulation of Settlement and Order and dismissed Plaintiff's motion for summary judgment as moot pursuant to the settlement. Paragraph 7 of the Stipulation of Settlement and Order states that: "after completion of the supervised election, in accordance with 29 U.S.C. § 482(c)(2), Plaintiff shall certify to the Court . . . that such election was conducted in accordance with Title IV of the Act . . . ."

5. On October 18, 2022, the parties completed a supervised election pursuant to the settlement. On October 20, 2022, a post-election protest was submitted to Plaintiff. Following an investigation, Plaintiff determined that a violation of 29 U.S. C § 481(e) had occurred which may have affected the outcome of the supervised election, and which prevents Plaintiff from certifying the supervised election as required by Paragraph 7 of the June 17, 2022, Stipulation of Settlement and Order.

6. Accordingly, Plaintiff and the Union hereby stipulate and agree that the Secretary shall supervise the Union's next regularly scheduled, triennial election of officers for all covered offices on or before May 31, 2023.

7. The supervised election shall be conducted in accordance with Title IV of the Act (29 U.S.C. §§ 481-483) and, insofar as lawful and practicable, in accordance with the Union's Constitution and Bylaws.

8. All decisions as to the interpretation and application of Title IV of the Act and the Defendant's Constitution and Bylaws relating to the supervised election are to be determined by the Secretary, and his decisions shall be final and binding, subject to review by this Court at the request of any party.

9. The Court shall retain jurisdiction of this action, and after completion of the supervised election, in accordance with 29 U.S.C. § 482(c)(2), Plaintiff shall certify to the Court the name of the persons so elected, and that such election was conducted in accordance with Title IV of the Act, and insofar as lawful and practicable, in accordance with the provisions of the Defendant's Constitution and Bylaws.

Upon approval of such certification, the Court shall enter a Judgment declaring that such persons have been elected as shown by such certification, and further, that each party hereby agrees to bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

FOR THE PLAINTIFF:

JOHN R. LAUSCH, Jr.
United States Attorney

CRAIG A. OSWALD
Assistant United States Attorney

Dated: 2/14/23

219 South Dearborn Street  
Chicago, Illinois 60604  
(312) 886-9080  
craig.oswald@usdoj.gov

FOR THE DEFENDANT:

Dated: *Joshua M. File* 2/14/23

JOSHUA FILE  
Partner  
Katz, Friedman, Eisenstein, Johnson, Bareck & Bertuca  
77 West Washington St., 20th Floor  
Chicago, IL 60602  
(312) 263-6330  
jfile@katzfriedman.com

Dated:

Keith Richardson  
President  
American Postal Workers Union, Local 1  
4217 S. Halsted Street  
Chicago, IL 60609

APPROVED AND SO ORDERED on this ____ day of _____, at Chicago, Illinois.

_____  
**United States District Judge**

*[Handwritten signature: M Richardson]*  
2/13/2023

APPROVED by CHICAGO LOCAL 0001  
EXECUTIVE BOARD Vote on  
2/12/2023