IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JULIE SU,[1]                                )
Acting Secretary of Labor,                  )
United States Department of Labor,          )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )        Civil No. 1:21-cv-04505
                                            )
AMERICAN POSTAL WORKERS                     )        Judge Alonso
UNION LOCAL 1                               )
                                            )
        Defendant.                          )
_____)

**STATUS REPORT CERTIFYING**
**UNION ELECTION AND MOTION TO ENTER ORDER**

Pursuant to the Judgment and Order entered June 13, 2022, and the Amended Stipulation

of Settlement and Order entered February 14, 2023, in the United States District Court for the

Northern District of Illinois, Eastern Division, Plaintiff Julie A. Su, Acting Secretary of Labor,

United States Department of Labor (DOL), hereby submits this Status Report to inform the Court

that a new election for twelve union offices has been conducted by Local 1, American Postal

Workers Union, under the supervision of DOL. Attached to this Status Report as Exhibit A is the

Certification of Election by DOL.

In light of DOL's certification, and pursuant to the Court's orders and 29 U.S.C. § 482(c),

Plaintiff respectfully requests that the Court enter a declaration and final judgment pursuant to 29

---

[1] Because the Secretary of Labor has changed since this case first began, the caption reflects the current Secretary of Labor. *See* Fed. R. Civ. P. 25(d).

U.S.C. § 482(c)(2), in the form proposed in the attached proposed order.

> Respectfully submitted,
> MORRIS PASQUAL
> Acting United States Attorney
>
> By: s/ Craig A. Oswald
>     CRAIG A. OSWALD
>     Assistant United States Attorney
>     219 South Dearborn Street
>     Chicago, Illinois 60604
>     (312) 886-9080
>     craig.oswald@usdoj.gov

2