# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIE SU,[1] | ) | |
| Acting Secretary of Labor, | ) | |
| United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:21-cv-04505 |
| | ) | |
| AMERICAN POSTAL WORKERS | ) | Judge Alonso |
| UNION LOCAL 1 | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CERTIFICATION OF ELECTION BY UNITED STATES DEPARTMENT OF LABOR**

The election having been conducted in the above matter under the supervision of the

Secretary of Labor, United States Department of Labor, pursuant to the Court's Judgment and

Order entered June 13, 2022, and the Amended Stipulation of Settlement and Order entered

February 14, 2023, in the United States District Court for the Northern District of Illinois,

Eastern Division, in accordance with the provisions of Title IV of the Labor-Management

Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the

constitution and bylaws of the defendant labor organization, insofar as lawful and practicable,

therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of

1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

---

[1] Because the Secretary of Labor has changed since this case first began, the caption reflects the current Secretary of Labor. *See* Fed. R. Civ. P. 25(d).

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Keith Richardson | President |
| Michelle Johnson | Secretary-Treasurer |
| Sheila Heard | Director of Organization |
| Lana Harris | Director of Human Relations |
| Yvonne Dotson | Clerk Craft Director |
| Yvonne Trebble | Assistant Clerk Craft Director A |
| Adrean Williams | Assistant Clerk Craft Director B |
| Crystal Flynn | Trustee Clerk Craft Division |
| Michelle Elliott | Director MVS Craft Division |
| Travis Smith | Assistant Director Maintenance MVS Division |
| Garry Condrey | Assistant Director Maintenance Craft Division |
| Dee Dee Grant | Director of Industrial Relations/Research and Education |

Attached herewith is a declaration setting forth the allegations in two protests of the supervised election and the Department of Labor's findings after investigating the protests.

Signed this 7th day of December 2023.

_____
Tracy L. Shanker, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| JULIE SU,[1] Acting Secretary of Labor,<br>United States Department of Labor,<br>200 Constitution Avenue, N.W.<br>Washington, D.C. 20210, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 21 C 4505 |
| v. | ) ) | Judge Alonso |
| AMERICAN POSTAL WORKERS UNION<br>LOCAL 1,<br>4217 S. Halsted St.<br>Chicago, IL 60609 | ) ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF TRACY L. SHANKER**

I, Tracy L. Shanker, am the Chief of the Division of Enforcement, Office of Labor-Management Standards (OLMS), United States Department of Labor (Department). The Department supervised an election of officers of the American Postal Workers Union (APWU), Local 1 (Defendant or Union), which was held on May 31, 2023 (supervised election), pursuant to the Court's Judgment and Order entered June 13, 2022, and the Amended Stipulation of Settlement and Order entered February 14, 2023, in the United States District Court for the Northern District of Illinois, Eastern Division.

OLMS received two post-election protests, which it investigated and resolved prior to certifying the supervised election, as described below. The supervised election included new

---

[1] Because the Secretary of Labor has changed since this case first began, the caption reflects the current Secretary of Labor. *See* Fed. R. Civ. P. 25(d).

elections for the positions of President, Secretary-Treasurer, Director of Industrial Relations/ Research and Education, Director of Organization, Director of Human Relations, Clerk Craft Director, Assistant Clerk Craft Director A, Assistant Clerk Craft Director B, Trustee Clerk Craft Division, Director MVS Craft Division, Assistant Director Maintenance MVS Division, and Assistant Director Maintenance Craft Division.

## A. Election Process

### *Pre-election Activities*

On March 10, 2023, OLMS held a pre-election conference to establish the supervised election rules. All interested parties were invited to attend, including union officers, Election Committee members, and candidates. The combined notice of nominations/election was mailed on March 16, 17, 22, 24, and 28-30, 2023, to all members. The combined notice was also posted on union bulletin boards at all postal stations employing Local 1 members during the three-week period leading up to nominations. The combined notice included information on how to request duplicate/replacement ballots before May 22, 2023, as well as the tally date of May 31, 2023.

On April 2, 2023, Local 1 held the nominations meeting at approximately 2:30 p.m. at the APWU Local 1 Union Hall (4217 S. Halsted St., Chicago, IL 60609). OLMS Election Supervisor Holland Herndon supervised the nominations meeting. The Election Supervisor had the authority and responsibility for implementing all aspects of the supervised election. The election rules were mailed to all pre-election conference invitees and participants on April 5, 2023. After nominations were closed, the six following races were uncontested: Director of Industrial Relations/Research and Education, Clerk Craft Director, Assistant Clerk Craft Director A, Director Maintenance Craft Division, Assistant Director Maintenance Craft Division, and Trustee Maintenance Craft Division.

2

On April 16, 2023, a candidate meeting was held to discuss the election rules, including campaigning, inspection of the mailing list, and observers. At the candidate meeting, OLMS Supervisory Investigator Shamus McGee and Election Committee Chair Brenda Orr discussed that candidates should not have held a supervisory position with the U.S. Postal Service (USPS) during the year prior to the April 2, 2023, nomination meeting. A drawing was conducted to determine order and numbers on the ballot for races with three or more candidates (president, secretary-treasurer, and clerk craft trustee races).

### Ballot Mailing

SOCO, an election service company located in Indianapolis, IN, administered the initial mailing of the ballot packages and the ballot tally. On May 4, 2023, the Local 1 ballot packages were assembled at EZ Mailing (1801 W. 18th St, Indianapolis, IN 46202) and mailed from the USPS Post Office (125 W. South St., Indianapolis, IN 46206). Ballot packages contained in a large mailing envelope the ballot, election notice/voting instructions, secret ballot card envelope without voter identifying information, and return ballot envelope. Return ballot envelopes were printed with the Election Committee's post office box return address ("PO BOX 498 BERWYN IL 60402-9805") and the voter's name, address, and voter identification number. There were three ballot types by voter's craft: Clerk, MVS, and Maintenance. OLMS Election Supervisor Herndon and Election Committee member Emanual Ruffin observed the assembly, count, and transport of ballots by EZ Mailing as well as the receipt of ballot packages by a USPS employee at the post office.

Between May 8 and 24, 2023, OLMS conducted the supplemental mailing and remailing of 269 ballot packages to members based on address updates and duplicate ballot requests from members. Address updates were obtained in a variety of ways. For example, Local 1 provided

3

members with gift cards in exchange for the member updating their address or confirming that the address the Union had on file was correct. Local 1 compiled a "gift card list" with 136 updated addresses and provided it to OLMS on March 9, 2023.

Jayvonne Jones was a Local 1 member that later filed an election protest. After the election, Jones informed OLMS that she updated her mailing address with Local 1 Secretary-Treasurer Michelle Johnson in-person at the Union Hall at the beginning of January 2023. Jones further stated that when Local 1 President Keith Richardson came to her workstation to pass out gift cards in early 2023, Jones told Richardson that she already received her gift card from the Secretary-Treasurer who had updated Jones' address. Jones' address was handwritten on the gift card list as "11401 S Eggleston, Chicago, IL 60643"—this address was used to mail Jones' nomination notice and ballot package. The ballot package originally mailed to Jones on May 4, 2023, was returned to the Union as undeliverable on May 22, 2023. A supplemental ballot package was mailed to Jones at her gift card list address on May 8, 2023, which was also returned undeliverable. Jones stated that she had not lived at 11401 S Eggleston, Chicago, IL 60643 for several years. On or about May 30, 2023, Jones called the Union but hung up after she was placed on hold. The next day, Jones called the Union asking for a duplicate ballot and was advised that it was too late to request a duplicate ballot.

Between May 11 and 31, 2023, OLMS investigators picked up 115 undeliverable ballot packages from the post office box (P.O. Box 206, Berwyn, IL 60402-0206) rented specifically for undeliverable ballots to be mailed to the return address printed on the ballot packages. OLMS investigators mailed duplicate ballot packages if they were able to obtain a more current address. These duplicate ballots did not have a barcode on the return envelope.

4

***Election Tally***

On May 31, 2023, OLMS Election Supervisor Herndon, Election Committee Chair Orr, and SOCO representatives Robert Slaugh and Brandon Strickland picked up 519 envelopes from P.O. Box 498 at approximately 2:00 p.m. OLMS drove the ballots to the Local 1 Union Hall for the tally. At the Union Hall, the twelve candidates and observers were permitted to stand behind the SOCO laptops to observe the voter eligibility check and tally procedures. Two SOCO representatives used handheld scanners connected to their respective laptops to scan the barcode on the returned ballot envelopes to confirm voter eligibility. SOCO representatives checked voter eligibility for duplicate ballots with no barcode by manually entering voter information into the tally database. Eight voters who returned ballots were initially flagged as ineligible. After reviewing voter eligibility for these eight members with Local 1 President Keith Richardson, two of the voters were deemed eligible and these votes were counted. Three ballots were challenged and not counted because they were found ineligible due to the members' supervisory status. Three other ballots were challenged and not counted because the voters' membership and eligibility status could not be confirmed at the time due to conflicting records.

Prior to the tally, OLMS Election Supervisor Herndon used ten ballots for each of the three crafts as sample ballots to confirm the accuracy of SOCO's tally machine. OLMS investigators Shamus McGee and Nabil Syed marked their initials on the back of each of the thirty sample ballots, then hand-counted and tallied the ballots. These sample ballots were then counted by craft on SOCO's tally machine. The hand-tallied votes matched the machine count.

After tallying the sample ballots by craft, SOCO prepared and printed a "Zero Report" demonstrating that the tally machine had been reset back to zero votes for each race. 509 ballots were ultimately counted in the tally. One vote was voided because it was mailed only in the

secret ballot envelope without the outer return envelope. Because voter identification and eligibility could not be confirmed, this envelope was not opened. One duplicate ballot was voided because it did not contain a barcode and the return address was completely covered; thus, the voter's eligibility could not be verified. Two voters returned both a duplicate and an original ballot. The two original ballots were voided, and the duplicate ballots were counted because the duplicate ballots had postmarks dated later than the original voted ballots. One of the scanned ballot return envelopes was later determined to contain a survey instead of a ballot.

SOCO ran the 509 validly cast ballots through the tally machine to be counted. No objections regarding the tally machine's accuracy were raised by attending OLMS or SOCO representatives, Local 1 Election Committee members, candidates, or observers. OLMS then compared the total number of ballots handled at the Union Hall with the number of ballot packages retrieved earlier that day from P.O. Box 498, Berwyn, IL 60402-9805.

SOCO prepared the election results report immediately after the completion of the ballot tally, read it to the attendees, and made it available to all observers. The list of those candidates who won the election is attached. Local 1 posted the election results at the Union Hall and on union bulletin boards at all members' postal stations. The winning candidates were installed on June 9, 2023, in accordance with the general rules established at the pre-election conference.

### B. Election Protests

The protest procedure delineated in the combined elections and nomination notice required that protests "should be made directly to the OLMS Election Supervisor in writing at any time on or before June 10, 2023." Election Supervisor Herndon received two post-election protests. The substance of the allegations in the protest is summarized below, followed by the Department's resolution of each allegation.

6

### First Post-election Protest

**Allegation**:  Candidate for President Melony Harris-Hill filed a protest on June 1 and 2, 2023, requesting a hand-count of the ballots because she does not "trust" the equipment used by SOCO, the election services contractor, to correctly tally the ballots.

**Response**:  Prior to the tally, OLMS tested SOCO's tally machine using sample ballots.  The SOCO tally machine's count matched OLMS' hand count of the sample ballots.  SOCO's "Zero Report" further demonstrated that the tally machine had been reset back to zero votes after tallying the sample ballots.  Observers were permitted to view all phases of the tally.  None of the OLMS or SOCO representatives, Local 1 Election Committee members, candidates, or observers present at the tally objected to the tally machine's accuracy.  Additionally, OLMS was able to confirm at the tally that the number of ballots handled plus the survey contained in an election return envelope matched the number of envelopes retrieved from the election P.O. Box.

The election records have been in possession of OLMS since the conclusion of the tally.  An OLMS hand-count of the president's race was conducted on June 9, 2023.  No discrepancies were found between the electronic tally conducted by SOCO and the hand-count conducted at the OLMS Chicago District Office.  Further, the investigation found no evidence of fraud or misconduct during the counting of the ballots.  Accordingly, the Department determined that there was no violation of the LMRDA.

### Second Post-election Protest

**Allegation**:  Candidate for President Antoinette Washington e-mailed the OLMS Election Supervisor on June 2, 2023, alleging that "many members never received ballots."  Local 1 member Jayvonne Jones emailed the OLMS Election Supervisor on June 6, 2023, stating that she never received her ballot.

**Response**:   Section 401(e) of the LMRDA states that "every member in good standing . . . shall have the right to vote for . . . the candidate or candidates of [their] choice." 29 U.S.C. § 481(e).  Section 401(c) of the LMRDA also provides that "adequate safeguards to insure a fair election shall be provided . . . ." 29 U.S.C. § 481(c).  During the investigation of protests, candidate Washington did not identify any members by name that purportedly did not receive a ballot.  Instead, Washington advised OLMS that that she provided members with the OLMS election supervisor's contact information and that the members might contact OLMS with additional information.

Only one member, Jayvonne Jones, contacted OLMS about failing to receive a ballot. Jones acknowledged receiving a gift card from the union for updating her address.  The Department's review of mailed ballots indicate that OLMS mailed ballots to Jones on May 4 and 8, 2023, using the address on the gift card list.  Jones stated that she did not request a duplicate ballot until around May 30, 2023, which was about a week after the duplicate ballot request deadline of May 22, 2023.

When OLMS asked Jones to confirm the address from the gift card drive, Jones responded that the address was out of date and questioned if the address recorded on the list was in her handwriting.  On June 16, 2023, OLMS emailed Jones an image of her entry in the updated gift card list address and asked her to confirm whether it was her handwriting or initials. Jones did not respond to OLMS' June 16, 2023, email.  Nonetheless, no other members reported that they did not receive a ballot.  The lowest margin in a race was four votes.  Accordingly, the Department concluded that there was no violation that may have affected the outcome of the election.

**Conclusion**

The Department has concluded from its investigation of these election protests that the APWU Local 1 election of officers, conducted under the Department's supervision, complied with Title IV of the LMRDA and was conducted, insofar as lawful and practicable, in accordance with APWU Local 1's constitution and bylaws and the LMRDA. Therefore, the results of this supervised election should be certified by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of December 2023, in Silver Spring, Maryland.

_____

Tracy L. Shanker, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

9